UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 06-195-RET-SCR |
| MICHAEL S. DIVINCENTI | |

**RULING ON MOTION TO RELEASE BOND**

Before the court is the defendant's Motion to Release Bond. Record document number 47.

By letter dated August 25, 2008, counsel for the United States of America advising the court that the Untied States does not oppose the defendant's Motion to Release Bond.[1]

Accordingly, the defendant's Motion to Release Bond is granted.  The Clerk of Court shall release to the defendant's father Michael S. DiVincenti the $5,000.00 deposited by him to secure the defendant's bond.

Baton Rouge, Louisiana, August 25, 2008.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 49.

cc: Financial Dept